IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEVE ROBERSON, | Civil Action No. 3:20-cv-485-KDB-DSC |
| **Plaintiff,** | |
| vs. | |
| C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC., | |
| **Defendants.** | |

## ORDER GRANTING EXTENSION OF STAY

Before this Court is the parties' Joint Notice of Settlement and request to extend stay for ninety (90) days to finalize global settlement. (Doc. No. 36). Having considered the request, and good cause having been shown, the court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that all discovery and pretrial deadlines will be stayed for 90 days for the parties to finalize their settlement agreement. Within 90 days of this Order, the parties shall file their dismissal documents.

**SO ORDERED.**

Signed: February 17, 2021

Kenneth D. Bell
United States District Judge